UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21730-CIV-SINGHAL

TAHER SHRITEH,

     Plaintiff,

vs.

NEWS CORPORATION et al.,

     Defendant.

_____/

## **ORDER**

**THIS CAUSE** has come before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon Defendant within 90 days after the filing of the complaint. Plaintiff filed this action on April 15, 2025, and to date, there is no indication in the court file that Defendant Josh Christenson has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **July 15, 2025**, Plaintiff shall perfect service upon Defendant Josh Christenson or show cause why his claims against Defendant Josh Christenson should not be dismissed for failure to perfect service of process.

Failure to file proof of service or show good cause by July 15, 2025, will result in a dismissal of Plaintiff's claims against Defendant Josh Christenson without prejudice and without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of June 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF